**Order filed January 30, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00477-CV
_____

**HARMOHINDER S. BHATIA, Appellant**

**V.**

**WOODLANDS NORTH HOUSTON HEART CENTER PLLC, NORTH HOUSTON HEART CENTER PLLC, NORTHWEST HOUSTON CARDIOVASCULAR IMAGING CENTER II, LTD., BACL INVESTMENTS LLC, VINCENT AQUINO, M.D., F.A.C.C., GARY GOLEMAN, M.D., F.A.C.C., BRUCE LACHTERMAN, MD, F.A.C.C., ET AL, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-09704**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defendant's Exhibit 5776, an audiotape.**

The clerk of the 270th District Court is directed to deliver to the Clerk of this court the original of Defendant's Exhibit 5776, an audiotape, on or before **February 15, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibit 5776, an audiotape, to the clerk of the 270th District Court.

PER CURIAM